# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**     §
                                 §
**v.**                           §          **CIVIL NO. 1:08CV1288-LG**
                                 §          **CRIMINAL NO. 1:05CR37-LG-RHW**
                                 §
**DIANGELO DURR**                §

## JUDGMENT

_____This cause is before the Court on Defendant's Amended Motion to Correct Sentence under 28 U.S.C. 2255 [50].  The issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Amended Motion to Correct Sentence [50], should be, and is hereby **DENIED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2009.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE